**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 1:14-cv-02196-WYD-MEH

Malibu Media, LLC

    Plaintiff,

v.

Justin Tran

    Defendant.

## ENTRY OF APPEARANCE OF JEFFREY J. ANTONELLI

Jeffrey J. Antonelli, of Antonelli Law, Ltd hereby enters his appearance on behalf of Defendant Justin Tran, in the above referenced case.

Respectfully submitted this 8th Day of December, 2014

    By: /s/ Jeffrey Antonelli
    Jeffrey Antonelli
    Attorney for Defendant
    Antonelli Law, Ltd.
    100 North LaSalle Street, Suite 2400
    Chicago, IL 60602
    Telephone: (312) 201-8310
    Facsimile: (888) 211-8624
    E-Mail: jeffrey@antonelli-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff</u>
Jason Aaron Kotzker
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Telephone: (303) 875-5386
Email: jason@klgip.com

Date: December 8, 2014                              By: /s/ <u>Jeffrey Antonelli</u>
                                                         Jeffrey Antonelli
                                                         Attorney for Defendant
                                                         Antonelli Law, Ltd.
                                                         100 North LaSalle Street
                                                          Suite 2400
                                                         Chicago, IL 60602
                                                         Telephone: (312) 201-8310
                                                         Facsimile: (888) 211-8624
                                                         Email: <u>jeffrey@antonelli-law.com</u>